United States District Court
Southern District of Texas
**ENTERED**
December 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY BROWN, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:23-cv-122 |
| UNITED STATES OF AMERICA, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 31, 2023, the second motion of the defendant United States of America to dismiss complaint pursuant to Federal Rule of Civil Procedure 12(b) (Dkt. 10) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 17. Judge Edison filed a memorandum and recommendation on October 31, 2023, recommending the motion be granted and this case dismissed. Dkt. 21.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 21) is approved and adopted in its entirety as the holding of the court; and

(2) The second motion of the defendant United States of America to dismiss complaint pursuant to Federal Rule of Civil Procedure 12(b) (Dkt. 10) is granted; and

(3) This case is dismissed. A final judgment will be entered separately.

Signed on Galveston Island this 7th day of December, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE